```
 1  MELINDA HAAG (132612)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  STEVEN J. SALTIEL (SBN 202292)
    Assistant United States Attorney
 4    450 Golden Gate Avenue, Box 36055
      San Francisco, CA  94l02
 5    Telephone:  (4l5) 436-6996
      Facsimile:   (415) 436-6570
 6
    Attorneys for United of America
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 03-0176-04 JSW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GILBERT YAP, ) | |
| ) | |
| Defendant. ) | [PROPOSED] |
| ) | ORDER GRANTING AMENDED |
| _____ ) | APPLICATION FOR |
| ) | WRIT OF CONTINUING GARNISHMENT |
| SEABOARD METROPOLITAN, INC. /, ) | (Wage Garnishment) |
| QUICKSILVER TOWNCAR, ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Seaboard Metropolitan, Inc. / Quicksilver Towncar, as Garnishee, for the purpose of garnishing property (including nonexempt disposable earnings) in which Gilbert Yap

1  ("Defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered in
2  the above-captioned case against the Defendant.
3      IT IS SO ORDERED.
4
5  Dated: May 23, 2011                    /s/ Jeffrey S. White
                                          JEFFREY S. WHITE
6                                         United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Application for
Writ of Continuing Garnishment
(Wage Garnishment)
CR 03-0176 JSW                    2